IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

MERCEDEZ M. GARDNER,

    Defendant.

Criminal Action No. 22-00048-02-CR-W-DGK

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| Count 1: | | Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D) |
| Counts 51, 53, 55: | | Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1) |
| Count 96: | | Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| Count 97: | | Felon in Possession of a Firearm or Ammunition *in violation of* 18 U.S.C. § 922(g)(1) and 924(a)(2) |

Forfeiture Allegations One and Two

**TRIAL COUNSEL**:
    Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
    Case Agent: ATF Special Agent Elizabeth White
    Defense: Melanie Morgan

**OUTSTANDING MOTIONS**: (1) *Ex Parte* Motion (Doc. 755)
    (2) *Ex Parte* Motion (Doc. 785)

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    <u>Government</u>: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
    <u>Defense</u>: 2 witnesses, including Defendant who   ( ) will
                                                                  (x) may
                                                                  ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 300 exhibits with four defendants going to trial
    Defense: 10 exhibits

**DEFENSES**:
    (x)    defense of general denial
    ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial        (x) Possibly for trial
    ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME: 10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: .5 day

**STIPULATIONS**: Not known at this time
    ( )    not likely
    ( )    not appropriate
    ( )    likely as to:
            ( )    chain of custody
            ( )    chemist's reports
            ( )    prior felony conviction
            ( )    interstate nexus of firearm
            ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: On or before June 24, 2024
    Defense: On or before June 24, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
    **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
- ( ) A _____-speaking interpreter is required.
- ( ) Other assistive devices:

**IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge