IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

MERCEDEZ M. GARDNER,

    Defendant.

Criminal Action No.
22-00048-02-CR-W-DGK

## AMENDED PRETRIAL CONFERENCE MEMORANDUM

In light of Defense counsel's filing at Doc. 806, the Court issues the following:

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
    **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th. **Defense counsel stated the following when asked if there were any immovable defense conflicts during the July, 8, 2024, trial docket, "Not for those two weeks. Previously I had requested that this matter be continued and that was denied so I did not renew that request. I have a five-week fraud trial that starts August 1."**

    **IT IS SO ORDERED.**

                                             */s/ Jill A. Morris*
                                             JILL A. MORRIS
                                             United States Magistrate Judge